People v Garcia (2025 NY Slip Op 05426)





People v Garcia


2025 NY Slip Op 05426


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (1155/12) KA 10-00517.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vFRANK GARCIA, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER Motion for writ of error coram nobis denied.








